IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Anthony Jerome White Cloud, <br><br> Defendant. | CR 16-74-GF-BMM <br><br><br> ORDER |

Anthony Jerome White Cloud filed a motion for early termination of supervised release. Doc. 36. The government does not oppose White Cloud being discharged from supervision at this time. Doc. 39. The Court conducted a hearing on the motion on December 8, 2020. *Id.* For the reasons below, the Court grants White Cloud's motion.

The Court sentenced White Cloud to the Bureau of Prisons for a term of 21 months. Doc. 32. The Court required White Cloud to complete 2 years of supervised release. *Id.* Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of White Cloud's supervised release. White Cloud began his current term of supervised release on January 28, 2019. He graduated from the Eighth Judicial District Veterans Treatment Court. He testified that the program was rigorous and effective, and that he has changed for the better by participating in and completing it. He currently works as a case manager in a mental health program for disabled veterans. He has complied with the obligations of his supervision and financial obligations. It appears he has made remarkable lifestyle changes.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 36) is **GRANTED**.

2. Defendant Anthony Jerome White Cloud is **DISCHARGED** from supervised release.

DATED this 8th day of December, 2020.

Brian Morris, Chief District Judge
United States District Court